# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Raymond Dakim Harris Joiner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00396-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond D. Joiner | ) | |
| George T. Solomon, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2016 Order.

December 20, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court